# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

KIBROM NEGASH ALAZAR,

Petitioner,

v.

Warden, Otay Mesa Detention Center,

Respondent.

Case No.:  26cv1388 DMS BJW

**ORDER GRANTING PETITION**

This case comes before the Court on the First Amended Petition for Writ of Habeas Corpus.  Respondents filed a Return stating they "concede[ ] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (Return at 1.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on

/ / /

/ / /

26cv1388 DMS BJW

bond.   The parties shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED**.

Dated:  June 11, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv1388 DMS BJW